**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

TAKISHA S. CLARKE,                          : No. 236 EAL 2014
                                            :
                          Petitioner        :
                                            : Petition for Allowance of Appeal from the
                                            : Order of the Commonwealth Court
            v.                              :
                                            :
                                            :
UNEMPLOYMENT COMPENSATION                   :
BOARD OF REVIEW,                            :
                                            :
                          Respondent        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.